STATE v. FIELDS

No. 260P97

Case below: 126 N.C.App. 226

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 23 July 1997.

STATE v. GOODE

No. 10A94-2

Case below: Johnston County Superior Court

Motion by defendant (Goode) for temporary stay denied 25 June 1997. Petition by Attorney General for writ of supersedeas allowed 25 June 1997. Petition by Attorney General for writ of certiorari to review the order of the Superior Court, Johnston County allowed 25 June 1997. Motion by defendant for temporary stay denied 30 June 1997.

STATE v. GREEN

No. 308A97

Case below: 126 N.C.App. 437

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 23 July 1997.

STATE v. GREEN

No. 235P97

Case below: 126 N.C.App. 222

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 23 July 1997.